No. 939. C. S. DASHIELL, TRUSTEE, ET AL., PETITIONERS, *v.* LEWIS T. FITZHUGH, TRUSTEE, ETC. April 22, 1918. Petition for a writ of certiorari to the United States

Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Walter C. Chandler* for petitioners. No appearance for respondent.